UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: USMJ ~~Martin~~ Almond

RE: CA 00-554 ML

Giovanni Lara v. USA

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 10 / 5 / 05 and have made the following determination:

____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $150.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: MOTION LACKS CERTIFICATION TO OPPOSING COUNSEL

ENTER:

[signature]

United States Magistrate Judge

Date: 10/5/05

cc: Counsel of Record

RECEIVED

OCT 05 2005

Property of U.S. District Court
District of Rhode Island

SCANNED

FILED
OCT 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

Giovanni Lara,
Petitioner

C.A.No.00-0554ML

V.

United States of America,
Respondent

MOTION FOR REQUEST FOR FILING
MOTION 59(E) ON DATE OF ORIGINAL
MOTION TO ALTER JUDGEMENT PURSUANT
TO F.R.Civ.P.59(E)

Now comes Giovanni Lara, Pro-Se in a motion for request for filing instant 59(E) as dated on original 59(E).The petitioner erred in filing motion with this Honorable without a Certificate of Service. Dated September 14,2005. The petitoner made this error in rushingto complete his petition, due to limited time in the law library here in the U.S.Penitentiary. The petitoner is untrained in the law and didnt relize this error.

**CONCLUSION**

Petitioner Prays this Honorable grant this instant motion and allow Petitioner to file his 59(e) as dated on Original motion September 14,2005.

Respectfully Submitted,

Giovanni Lara

Giovanni Lara#04227-070
P.O.Box 1000
U.S.Penitentiary
Lewisburg,PA.
17837

Sep, 30, 2005