UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCANNED

TO: USMJ ~~Martin~~ Almond

RE: CA 00-554 ML

Giovanni Lara v. USA

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 10 / 5 / 05 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: MOTION LACKS PROPER CERTIFICATION TO OPPOSING COUNSEL

ENTER:

[signature]

United States Magistrate Judge

Date: 10/5/05

cc: Counsel of Record

RECEIVED
OCT 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

Giovanni Lara,
Petitioner
V.

C.A.No.00-554ML

FILED
OCT 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

United States of America,
Respondant

**MOTION TO ALTER JUDGMENT**
**PURSUANT TO F.R.CIV. P.59(e)**

Now Comes, Giovanni Lara, Pro-Se in a motion to alter Judge judgment and transfer motion 60(b) to the court of Appeals as a Succesive §2255 motion for the following reasons:

1. Petitioner filed his 60 (B) motion in April 2004.

2. Petitioner recieved two pieces of newly discovered evidence on the following dates (A) Affidavit from attoerney Edward St.Onge on Oct. 31, 2003, Explaning the procedure for the Fed. Bureau of Census and the $29,000 price for it, which was needed to get the statistics for a Fair-Cross-Section of the Community claim to establish the underrepresentation of that the distinctive group was excluded. (B) The statistical information which was recieved by my Co-Defendant George Sepulveda in Aug. 2003 to prove the underrepresentation and the exclusion.

3. Petitioner could not raise the violation of a Fair-Cross-Section of the community claim to establish underrepresentationand exclusion because the statistical information requiered was not available untilafter the one year deadline expired for my intial §2255. Petitioner furthermore didnot have the $29,000 to pay for the census data. Without this statistical information my claim of

would have been "Mere Guesswork" as stated by the First Circuit Court of Appeals. See U.S. v. Lara,181 F.3d at 192.

4. Without a transfer a transfer petitioner would be barred from raisng a successive §2255 motion due to the time restraints.

Therefore"A District Court faced with an unproved second or successive habeas petition, must either dismiss it or transfer it to the appropriate court of Appeals". See Barrett,178 F.3d 41 ,N.1. quoting Pratt v. U.S.,129 F.3d 54 (1st Cir. 1997).

## CONCLUSION

Petitioner prays this Honorable Court transfer the 60(b) motion as a successive §2255 request to deal with the statute of limitation problems so that the newly discovered evidence can be heard.

Respectfully Submitted,

Giovanni LARA

Giovanni Lara#04227-070

## CERTIFICATE OF SERVICE

I,Giovanni lara,Hereby certify that I have served a true and correct copy of the forgoing:Motion to alter Judgement 59(E):To UNITED STATES DISTRICT COURT Office of the Clerk,Providence,RI. 02903-1779.

Segned on this 30 day of Sep , 2005

Giovanni LARA

Giovanni Lara#04227-070
P.O.Box 1000
U.S.Penitentiary
Lewisburg,PA.
17837