UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Giovanni Lara,<br>Petitioner | ) | |
| | ) | |
| vs. | ) | C.A. No.: 00-554ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MOTION FOR ENGLARGEMENT OF TIME

The United States of America, by and through its undersigned counsel, moves that the time for filing a response to petitioner's Motion to Reopen and Supplement Original Filed Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 be enlarged up to and including August 9, 2007.

The United States' response is presently due on June 21, 2007. Counsel for the United States was served with petitioner's motion on June 4, 2007. The undersigned counsel has conducted a preliminary review of petitioner's file. The record is voluminous. Petitioner has filed multiple motions and appeals since his conviction was finalized in November 1999. Petitioner has filed an original § 2255 Motion to Vacate, a Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2), a motion under Federal Rules of Civil Procedure 60(b)(4), and a Motion for Writ of Error Coram Nobis. This Court denied Petitioner's original § 2255, and that decision was affirmed on appeal in May 2002. Petitioner now moves to reopen and supplement a motion that was denied over five years ago. In all but the Writ of Error Coram Nobis, Petitioner argued that the jury instructions were deficient. Here, Petitioner is challenging the jury instructions from

yet another angle. Although a preliminary review of petitioner's file leads undersigned counsel to conclude that the present motion is redundant, in order to fully and accurately respond to the motion, additional time is needed to review petitioner's file.

Accordingly, the United States requests an extension of time, up to and including August 9, 2007 to respond to petitioner's application.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN

GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 20th day of June, 2007 I caused a copy of the foregoing Motion for Extension of Time to be electronically filed with the Court and is available for downloading and viewing, and also forwarded, by postage prepaid mail, to:

Giovanni Lara
04224-070
U.S. Penitentiary
PO Box 1000
Lewisberg, PA 17837
PRO SE

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov