IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GIOVANNI LARA | ) | |
| | ) | |
| vs. | ) | C.A. NO. 00-554ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

MOTION FOR ENLARGEMENT OF TIME

The United States hereby moves for a second enlargement of time to August 15, 2007 for filing its response to Petitioner's Motion to Reopen and Supplement Original Filed Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255. Counsel for the United States has been involved in the preparation and presentation of a matter before a special grand jury for the last several weeks and respectfully requests the additional time in order to prepare the government's response to the Petitioner's motion. The response is nearly complete and there will be no other requests for any further extension of time.

Accordingly, the United States requests an extension of time, up to and including, August 15, 2007 to respond to petitioner's motion.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 8th day of August, 2007 I caused a copy of the foregoing Second Motion for Enlargement of Time to be electronically filed with the Court and is available for downloading and viewing, and also forwarded, by postage prepaid mail, to:

Giovanni Lara
04224-070
U.S. Penitentiary
PO Box 1000
Lewisberg, PA 17837
PRO SE

/s/ GERARD B. SULLIVAN

GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov