IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

Giovanni Lara,
Petitioner

CA NO.00-554-ML

V.

United States Of America,
Respondant

- -- - - -- - - -- - - ---

## MOTION TO ALTER OR AMEND JUDGEMENT PURSUANT TO RULE 59(E) OF THE FED.R.CIV.P.

Now comes the petitioner Giovanni Lara, Pro-Se in the Above stated matter,and hereby respectfully moves this Honorable Court to alter or Amend judgement pursuant to rule 59(E) of the Fed.R.Civ.P.. In support the petitioner states the the following.

## DISCUSSION

The petitioner asserts two pionts which the District Court seems to overlook. First the amended version of the carjacking statute was a reinterpatation of the original Carjacking statute. The Supreme Court has held that an interpative statute is retroactive to the day the original statute was inacted.The Courts interpetaion of the carjacking statute is not only an amendment,But a correction to the original statute. The Supreme Court has specificly stated that carjacking is a specific intent crime not governed by the felony murder doctrine.

Secondly the petitioner claims that he was ilegaly sentenced to 18§U.S.C. 2119 (3) is clearly suppoerte by JONES V. UNITED STATES, 526 U.S. 311(1999) The Death Resulting element was not giving to the jury for its findings, and was not proving beyound a reasonable dout. As requiered under JONES.

Lastly the District Court erred in following the recommendations in the presentencing report which recommended a mandatory base offence level (43). From an enhancment based on the death resulting element of carjacking which was never giving to the jury as an element of the actual crime, and proven beyound a resonable dout.

## CONCLUSION

In closing petitioer prays this Honorable Court to grant this motion 59(E) to alter or amend judgement and grant relief the petitioner sought in his original motion to reopen Habeas Corpus.

Respecfully Submitted,

Giovanni Lara

Giovanni Lara#04227-070

# CERTIFICATE OF SERVICE

I, GIOVANNI LARA, hereby certify that I have served a true and correct copy of the foregoing:

59(E)

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Office of the District Attorney
For the District of
Rhode Island

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 13 day of MARCH, 2008

Respectfully Submitted,

GIOVANNI LARA

REG. NO. 04227-070