IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

Giovanni Lara,
Petitioner

CA NO. 00-0554-ML

V.

United States of America,
Respondant

NOTICE OF APPEAL

Now comes the petitioner, Giovanni Lara,PRO-SE and herby gives the court notice of appeal. Appealing the district courts disission denieing,the petitioers motion yo reopen and suppement his origanal motion to vacate sentence pursuant to 28§U.S.C.2255 or in the ulternative, petition for Writ of error Coram Nobis 28§U.S.C.1651.

RESPECTFULLY SUBMITTED,

Giovanni Lara

# CERTIFICATE OF SERVICE

I, Giovanni Lara, hereby certify that I have served a true and correct copy of the foregoing:

Notice of Appeal

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Office of the District ~~Court~~
Attorney for the District of
Rhode Island

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 13 day of March, 2008

Respectfully Submitted,

Giovanni Lara

REG. NO. 04227-070