UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

March 25, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CA 00-554ML
Giovanni Lara v. United States

**CCA#** ________________

Dear Clerk of Court:

Enclosed herewith you will find a certified copy of Mr. Lara's Notice of Appeal, together with a certified copy of the docket entries in the above entitled case. **Please note that Mr. Lara's simultaneously-filed "Motion to Alter or Amend Judgment" is pending in the district court.**

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

________________
DEPUTY CLERK