UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

April 11, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CA 00-554ML
Giovanni Lara v. United States

**CCA# 08-1392**

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the Record on Appeal as to the above-referenced case.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

Encl:
**Doc #58 Govt's Response to M/Alter Judgment.**
**Doc #59 Court Order denying M/Alter Judgment**
**Certified docket**