**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

Giovanni Lara,
Petitioner

C.A. No. 00-554-ML

V.

United States of America,
Respondant

**MOTION FOR APPIONTMENT OF COUNSEL**

Now Comes, the petitioner, Giovanni Lara, Pro-Se who respectfully request this Honorable Court for appiontment of counsel. The petitioner is not knoelegable in appelate and procedural law.

Respectfully Submitted,

Giovanni Lara

# CERTIFICATE OF SERVICE

I, GIOVANNI CARA, hereby certify that I have served a true and correct copy of the foregoing:

(1) motion for Appointment of Counsel

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

USDC

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 21 day of April, 2008

Respectfully Submitted,

GIOVANNI CARA

REG. NO. 04227-070