***United States District Court***
***For The District of Rhode Island***
***Providence, RI 02903***

***May 1, 2008***

***Richard Donovan, Clerk***
***U.S. Court of Appeals***
***One Courthouse Way, Suite 2500***
***Boston, MA 02109***

***RE: Giovanni Lara v. USA***
***USDC-RI CA 00-554ML***
***USCA NO. # 08-1392***

***Dear Mr. Donovan:***

***Enclosed herewith please find a Motion for Appointment of Counsel which was filed here on April 28, 2008 and is being forwarded to you for ruling.***

***Kindly acknowledge receipt for the same on the enclosed copy of this letter.***

***Sincerely yours,***

***David A. DiMarzio***
***Clerk of Court***

***By:*** Barbara Barletta
***Deputy Clerk***

***Enc. M/Appointment of Counsel***