UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GIOVANNI LARA

v. CA 00-554 ML

UNITED STATES OF AMERICA

# ORDER

Petitioner has moved for a certificate of appealability. The motion is denied because petitioner has failed to show that the issues he seeks to raise before the court of appeals are debatable among reasonable jurists.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
May 21, 2008