UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

June 13, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**Attn: Ms. Donna Barchard**

CA 00-554ML **CCA# 08-1392**
(Related Criminal Case: CR 95-075-08S)

Giovanni Lara v. United States

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ______________________
John Duhamel
Deputy Clerk

Encl.:
***Civil case file (CA 00-554ML).***
***Related criminal case file (CR 95-075-08S), including transcripts.***
***Transcript Numbers 352, 634, 637, 638, 688, 696, 905 through 950, 955, 958, 966 [7 vols.].***
***Note: Transcript Number 769 is missing/not found.***
***Pre-Sentence Report (sealed).***
***Certified dockets.***