CERTIFIED COPY

CA: 00-554
J. Lisi

# United States Court of Appeals
## For the First Circuit

---

No. 08-1392

GIOVANNI LARA,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

---

JUDGMENT

Entered: July 16, 2008

Despite petitioner's characterization of his filing in the district court, that filing was a second or successive motion pursuant to 28 U.S.C. § 2255. Petitioner had not received from this court the necessary authorization to file such a motion. The district court's dismissal of that filing is therefore affirmed.

Treating petitioner's request for a certificate of appealability filed in this court as an application for leave to file a second or successive § 2255 motion in the district court, that application is denied as the application does not meet the requirement of 28 U.S.C. § 2255 (h).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON MA

By: [signature] Date: 7-16-8

Cert. cc:
Hon. Mary M. Lisi
David A. DiMarzio, Clerk, U.S.D.C. of Rhode Island
cc:
Giovanni Lara
Donald C. Lockhart